**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NELINDA CARDONA ALVAREZ (A#208-503-114),<br>      Plaintiff,<br><br>v.<br><br>SUSAN RAUFER, U.S. Citizenship and Immigration Service, Newark Asylum Office; KEVIN McALEENAN, Secretary of the U.S. Department of Homeland Security; KEN CUCINELLI, Director of U.S. Citizenship and Immigration Service; and WILLIAM BARR, Attorney General of the United States,<br>      Defendants. | CIVIL ACTION<br><br>NO. 19-3155 |

## ORDER

AND NOW, this 11th day of March, 2020, upon consideration of Defendants' Motion to Dismiss (Doc. No. 5) and the Responses and Replies thereto, it is hereby ORDERED that Defendants' Motion is DENIED.

BY THE COURT:

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER, J.