IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NELINDA CARDONA ALVAREZ (A#208-503-114),<br><br>    Plaintiff,<br><br>    v.<br><br>SUSAN RAUFER, U.S. Citizenship and Immigration Service, Newark Asylum Office; CHAD WOLFE, Acting Secretary of the U.S. Department of Homeland Security; KEN CUCCINELLI, Senior Official performing duties of the Director of U.S. Citizenship and Immigration Services; and WILLIAM BARR, Attorney General of the United States,<br><br>    Defendants. | CIVIL ACTION<br><br><br><br>NO.  19-3155 |

## ORDER

AND NOW, this  31st   day of  August  , 2020, upon consideration of Plaintiff's Motion for Summary Judgement (Doc. No. 12) and Defendants' Motion for Summary Judgment and Response in Opposition to Plaintiff's Motion for Summary Judgment (Doc. No. 13), it is hereby ORDERED that Plaintiff's Motion is DENIED and Defendants' Motion is GRANTED and Judgment is entered in favor of Defendants and against Plaintiff as a matter of law for

the reasons set forth in the preceding Memorandum Opinion.

BY THE COURT:

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER, J.